UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 6:13CV1433-ORK-37KRS

ROBERTO SEVI,

        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANSUNION, LLC
NATIONSTAR MORTGAGE, LLC

        Defendants.
_____/

### DEFENDANT NATIONSTAR MORTGAGE, LLC'S UNOPPOSED MOTION TO STRIKE/REMOVE FROM THE RECORD THE TRANSCRIPT OF THE DEPOSITION OF ROBERTO SEVI (ECF NO. 117)

Defendant NATIONSTAR MORTGAGE, LLC ("Nationstar"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(f), hereby files this Unopposed Motion seeking entry of an Order striking the Transcript of the Deposition of Plaintiff Roberto Sevi filed on March, 3, 2015 (ECF No. 117), and in support thereof, states as follows:

    1.    On March 3, 2015, Nationstar filed a copy of the complete condensed transcript of the deposition of Plaintiff Roberto Sevi (the "Transcript").[1]  *See* ECF No. 117.

    2.    Nationstar's counsel inadvertently failed to redact certain confidential information within the Transcript.

---

[1] Although Nationstar had previously filed excerpts from the transcript of Sevi's deposition (ECF Nos. 79, 96), Nationstar filed a complete copy of the condensed transcript for the Court's ease of reference in connection with the pending Motion in Limine and Motions for Summary Judgment. *See* ECF No. 118 at fn. 4.

3. As a result, Nationstar requests that the Court enter an order striking and removing from the record the Transcript appearing at ECF No. 117 and allowing Nationstar to file a redacted version of the Transcript.

4. Nationstar states that this Motion is made for good cause, in good faith and not for purposes of delay.

5. Nationstar's counsel has conferred with Plaintiff's counsel, Matthew Brown, Esq., who has no objection to the relief sought herein.

**WHEREFORE**, Defendant Nationstar Mortgage, LLC respectfully requests that this Court enter an Order: (1) granting this motion; (2) instructing the Clerk to remove from the record the transcript of the deposition of Plaintiff Roberto Sevi appearing at ECF No. 117; and (3) allowing Nationstar Mortgage, LLC to file a properly redacted version of the transcript of the deposition of Plaintiff Roberto Sevi.

Dated: March 6, 2015.

Respectfully submitted,

*s/ Linda M. Reck*
Michele L. Stocker, Esq.
Florida Bar No. 0044105
stockerm@gtlaw.com
smithl@gtlaw.com
flservice@gtlaw.com
Linda M. Reck, Esq.
Florida Bar No. 669474
reckl@gtlaw.com
rosr@gtlaw.com
flservice@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:   (954) 765-0500
Facsimile:   (954) 765-1477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Linda M. Reck*

## SERVICE LIST

**MATTHEW BROWN, ESQ.**
Brown Law Firm, PL
1540 International Parkway, Suite 2000
Lake Mary, FL 32746
mbrown@blffl.com
service@blffl.com
*Attorneys for Plaintiff*

FTL 110027402v1